

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EL PASO COMMUNITY COLLEGE DISTRICT, | § | No. 08-13-00258-CV |
| | § | Appeal from the |
| Appellant, | § | |
| | | 243rd District Court |
| v. | § | |
| | | of El Paso County, Texas |
| ROSA GONZALEZ, | § | |
| | | (TC#2008-3813) |
| Appellee. | § | |

# MEMORANDUM OPINION

Before the Court is Appellant's motion for dismissal of appeal because the parties have resolved the disputes between them. Appellant no longer wishes to pursue the appeal. We grant Appellant's motion and dismiss the appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion does not reflect that the parties have made any agreement regarding costs. Accordingly, costs are taxed against the Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

November 25, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.